Alex L. Fugazzi (Nevada Bar #9022)
Patrick G. Byrne (Nevada Bar #007636)
Vance R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
       pbyrne@swlaw.com

*Additional Counsel on Signature Block*

*Attorneys for Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Matt Maddox, Kimmarie Sinatra, J. Edward Virtue, and D. Boone Wayson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEMS and RICKEY A. BROUSSARD, Derivatively on behalf of WYNN RESORTS, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>J. EDWARD VIRTUE, CLARK T. RANDT, JR., ROBERT J. MILLER, RAY R. IRANI, D. BOONE WAYSON, JOHN J. HAGENBUCH, JAY L. JOHNSON, PATRICIA MULROY, ALVIN A. SHOEMAKER, MATT MADDOX, KIMMARIE SINATRA, and STEPHEN A. WYNN,<br><br>Defendants,<br><br>and<br><br>WYNN RESORTS, LIMITED, a Nevada Corporation,<br><br>Nominal Defendant | Case No. 2:18-CV-00293-KJD-CWH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSE TO CONSOLIDATED DERIVATIVE COMPLAINT**<br><br>**(First Request)** |

| | |
|---|---|
| 1 | This stipulation is submitted to the Court under LR IA 6-1, LR IA 6-2, and LR IA 7-1. |
| 2 | **WHEREAS,** the Parties in the above-captioned action, through their counsel, have agreed that |
| 3 | given the complexity of this consolidated matter Defendants should be afforded additional time to respond |
| 4 | to Lead Plaintiffs' Consolidated Derivative Complaint and, if Defendants elect to respond by moving to |
| 5 | dismiss, that Lead Plaintiffs should be afforded additional time to respond to such a motion. |

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:**

1. This is the first stipulation for extension of time to file Defendants' response to the Consolidated Derivative Complaint.

2. Defendants shall respond to Lead Plaintiffs' Consolidated Derivative Complaint on or before June 15, 2018.

3. If Defendants respond by motion, Plaintiffs' shall file their opposition to Defendants' response, if any, on or before July 30, 2018.

4. Defendants shall file any reply to Plaintiffs' opposition on or before August 27, 2018.

**IT IS SO ORDERED.**

DATED: This 24th day of May, 2018

_____
UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED.**

DATED: May 23, 2018

KIRKLAND & ELLIS LLP

*/s/ Alex L. Fugazzi*
Alex L. Fugazzi (Nevada Bar #9022)
Patrick G. Byrne (Nevada Bar #007636)
Vance R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
　　　　pbyrne@swlaw.com

-1-

| | |
|---|---|
| 1 | */s/ Mark Holscher* |
| 2 | Mark Holscher (*Pro Hac Vice*) |
|   | Michael J. Shipley (*Pro Hac Vice*) |
| 3 | Kirkland & Ellis LLP |
|   | 333 South Hope Street |
| 4 | Los Angeles, California 90071 |
|   | Telephone: 213.680.8190 |
| 5 | Facsimile: 213.808.8097 |
|   | Email: mark.holscher@kirkland.com |
| 6 | michael.shipley@kirkland.com |
| 7 | */s/ Matthew Solum* |
|   | Matthew Solum (*Pro Hac Vice*) |
| 8 | Kirkland & Ellis LLP |
|   | 601 Lexington Avenue |
| 9 | New York, New York 10022-4611 |
|   | Telephone: 212.446.4688 |
| 10 | Facsimile: 212.446.4900 |
|    | Email: matthew.solum@kirkland.com |

*Attorneys for Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Kimmarie Sinatra, J. Edward Virtue, and D. Boone Wayson*

*/s/ David D. O'Mara*
David D. O'Mara
The O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
Email: david@omaralaw.com


Benny C. Goodman III
Erik W. Luedeke
Robbins Geller Rudman & Dowd Llp
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: bennyg@rgrdlaw.com
       eluedeke@rgrdlaw.com

Robert I. Harwood
Daniella Quitt
Harwood Feffer LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Email: rharwood@hfesq.com
dquitt@hfesq.com

Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
Email: tmichaud@vmtlaw.com

Brian W. Boschee
Kimberly P. Stein
Holley Driggs, Walch Fine Wray Puzey & Thompson
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
bboschee@nevadafirm.com
kstein@nevadafirm.com

Ronen Sarraf
Joseph Gentile
Sarraf Gentile LLP
14 Bond Street, Suite 212
Great Neck, New York 11021
Telephone: (516) 699-8890
Facsimile: (516) 699-8968
Email: ronen@sarrafgentile.com
joseph@sarrafgentile.com

*Attorneys for Plaintiffs*

*/s/ Colleen Smith*
Colleen Smith (*Pro Hac Vice*)
Latham & Watkins
12670 High Bluff Drive
San Diego, California 92130
Telephone: 858.523.3985
Facsimile: 858.523.5450
Email: colleen.smith@lw.com

*/s/ Colby Williams*
Colby Williams
Campbell & Williams
700 S. Seventh St.
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile: 702.382.0540
Email: jcw@cwlawlv.com

*Attorneys for Stephen A. Wynn*