Patrick G. Byrne (Nevada Bar #7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
pbyrne@swlaw.com
vbohman@swlaw.com

Mark Holscher (*Admitted Pro Hac Vice*)
Michael J. Shipley (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: 213.680.8190
Facsimile: 213.808.8097
Email: mark.holscher@kirkland.com
michael.shipley@kirkland.com

Matthew Solum (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

*Attorneys for Defendants*
*John J. Hagenbuch, Ray R. Irani, Jay L. Johnson,*
*Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr.,*
*Alvin V. Shoemaker, J. Edward Virtue, D. Boone Wayson,*
*Kimmarie Sinatra, and Wynn Resorts, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re WYNN RESORTS, LIMITED DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No. 2:18-CV-00293-KJD-CWH<br><br>The Honorable Kent J. Dawson<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT KIMMARIE SINATRA** |

Please take notice that Defendant KIMMARIE SINATRA hereby substitutes Erika Pike Turner, Esq. of the law firm Garman Turner Gordon located at 650 White Drive, Suite 100, Las Vegas, NV 89119, Telephone No. (725) 777-3000 and James N. Kramer, Esq. and Melinda Haag, Esq. of the law firm Orrick, Herrington & Sutcliffe located at The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669, Telephone No. (415) 773-5700, as attorneys of record in place and stead of Patrick G. Byrne, Esq., Alex L. Fugazzi, Esq., and V.R. Bohman, Esq. of Snell & Wilmer L.L.P. and Mark Holscher, Esq., Matt Solum, Esq., and Michael Shipley, Esq. of Kirkland & Ellis LLP.

I consent to the above substitution.

Dated: July 16, 2018

_____
Signature of Kimmarie Sinatra

I consent to the above substitution.

Dated: July___, 2018

SNELL & WILMER L.L.P.
Patrick G. Byrne (Nevada Bar # 7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Mark Holscher (Admitted Pro Hac Vice)
Michael J. Shipley (Admitted Pro Hac Vice)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071

Matthew Solum (Admitted Pro Hac Vice)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611

| | |
|---|---|
| 1 | Please take notice that Defendant KIMMARIE SINATRA hereby substitutes Erika Pike Turner, |
| 2 | Esq. of the law firm Garman Turner Gordon located at 650 White Drive, Suite 100, Las Vegas, NV |
| 3 | 89119, Telephone No. (725) 777-3000 and James N. Kramer, Esq. and Melinda Haag, Esq. of the law |
| 4 | firm Orrick, Herrington & Sutcliffe located at The Orrick Building, 405 Howard Street, San Francisco, |
| 5 | California 94105-2669, Telephone No. (415) 773-5700, as attorneys of record in place and stead of |
| 6 | Patrick G. Byrne, Esq., Alex L. Fugazzi, Esq., and V.R. Bohman, Esq. of Snell & Wilmer L.L.P. and |
| 7 | Mark Holscher, Esq., Matt Solum, Esq., and Michael Shipley, Esq. of Kirkland & Ellis LLP. |

I consent to the above substitution.

Dated: July___, 2018                            Signature of Kimmarie Sinatra

I consent to the above substitution.

Dated: July 16, 2018

SNELL & WILMER L.L.P.
Patrick G. Byrne (Nevada Bar # 7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Mark Holscher (Admitted Pro Hac Vice)
Michael J. Shipley (Admitted Pro Hac Vice)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071

Matthew Solum (Admitted Pro Hac Vice)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611

-2-
**SUBSTITUTION OF ATTORNEY FOR DEFENDANT KIMMARIE SINATRA**

I am duly admitted to practice in this District.

Above substitution accepted.

Dated: July 16th, 2018

GARMAN TURNER GORDON

_____ #12398
Erika Pike Turner (Nevada Bar # 6454)
650 White Drive, Suite 100
Las Vegas, NV 89119
Telephone: 725.777.3000
Email: eturner@gtg.legal

ORRICK, HERRINGTON & SUTCLIFFE
James N. Kramer, Esq. (Pro Hac Forthcoming)
Melinda Haag, Esq. (Pro Hac Forthcoming)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415.773.5700
Email: jkramer@orrick.com
       mhaag@orrick.com

Please check one: __X__ RETAINED, or ___ APPOINTED BY THE COURT.

APPROVED:

DATED: __July 17__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

-3-
**SUBSTITUTION OF ATTORNEY FOR DEFENDANT KIMMARIE SINATRA**