Patrick G. Byrne (Nevada Bar #7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
       pbyrne@swlaw.com
       vbohman@swlaw.com

Mark Holscher (*Admitted Pro Hac Vice*)
Michael J. Shipley (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: 213.680.8190
Facsimile: 213.808.8097
Email: mark.holscher@kirkland.com
       michael.shipley@kirkland.com

Matthew Solum (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

*Attorneys for Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Matt Maddox, J. Edward Virtue, and D. Boone Wayson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re WYNN RESORTS, LIMITED DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL MATTERS | Case No.: 2:18-cv-00293-KJD-CWH<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT WYNN RESORTS, LIMITED** |

Defendant Wynn Resorts, Limited consents to the substitution of Fennemore Craig as its counsel of record in place and stead of Snell & Wilmer L.L.P. and Kirkland & Ellis LLP in the above-entitled matter.

Dated: October 16, 2018

By: _____
Wynn Resorts Limited

///
///
///

Alex L. Fugazzi of Snell & Wilmer L.L.P. consents to the substitution of Fennemore Craig as counsel of record in its place and stead on behalf of Defendant Wynn Resorts. Limited.

Dated: October 11, 2018

SNELL & WILMER L.L.P.

By: /s/ Alex Fugazzi
Patrick G. Byrne (Nevada Bar # 7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

Mark Holscher (*Admitted Pro Hac Vice*)
Michael J. Shipley (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: 213.680.8190
Facsimile: 213.808.8097

Matthew Solum (*Admitted Pro Hac Vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900

*Attorneys for Defendants D. Boone Wayson, John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin V. Shoemaker, J. Edward Virtue, and Matthew Maddox*

///

///

///

Brenoch R. Wirthlin, Esq. of Fennemore Craig, P.C. consents to substitution as counsel of record for Defendant Wynn Resorts Limited in the place of Snell & Wilmer L.L.P. and Kirkland & Ellis LLP.

Dated: October __1__, 2018

FENNEMORE CRAIG P.C.

By: _____
Brenoch R. Wirthlin, Esq.
(Nevada Bar # 10282)
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: 702.692.8005
Facsimile: 702.692.8065
Email: bwirthlin@fclaw.com

///

///

///

Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT.

APPROVED:

DATED: __October 19__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

-4-