Patrick G. Byrne (Nevada Bar #007636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
       afugazzi@swlaw.com
       vrbohman@swlaw.com

*Additional Counsel on Signature Block*

*Attorneys for Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Matt Maddox, J. Edward Virtue, and D. Boone Wayson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re WYNN RESORTS, LIMITED DERIVATIVE LITIGATION | Case No. 2:18-CV-00293-KJD-CWH |
| This Document Relates to:<br><br>ALL MATTERS | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

WHEREAS, on February 15, 2018, Plaintiff Rickey A. Broussard ("Broussard") brought an action derivatively on behalf of Wynn Resorts, Limited in the United States District Court of Nevada styled *Broussard v. Hagenbuch, et al.*, Case No. 2:18-cv-00293 (the "Broussard Action");

WHEREAS, on March 9, 2018, City of Dearborn Heights ACT 345 Police & Fire Retirement Systems ("Dearborn") brought an action derivatively on behalf of Wynn Resorts, Limited in the United States District Court of Nevada styled *City of Dearborn Heights ACT 345 Police & Fire Retirement System v. Virtue, et al.*, Case No. 2:18-cv-00439 (the "Dearborn Action");

WHEREAS, on March 28, 2018, Broussard and Dearborn agreed—and the Court ordered (ECF No. 11 in Case No. 2:18-cv-00439-JCM-GWF)—that the interests of justice would be served by consolidation of the Broussard Action and Dearborn Action before this Court, with the Broussard Action to be designated as the lead action (the "Consolidated Action");

WHEREAS, on March 28, 2018, the parties agreed that Dearborn should be appointed as Lead Plaintiff in the Consolidated Action;

WHEREAS, on April 27, 2018, Lead Plaintiff Dearborn filed a Verified Consolidated Shareholder Derivative Complaint for Breach of Fiduciary Duty, Corporate Waste, Unjust Enrichment, and Violations of the Federal Securities Laws (the "Consolidated Complaint," ECF No. 38);

WHEREAS, the Consolidated Complaint named as Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Kimmarie Sinatra, J. Edward Virtue, D. Boone Wayson, Stephen A. Wynn, Matt Maddox, and Wynn Resorts, Limited (together, the "Defendants");

WHEREAS, on February 22, 2018, Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and Trustee of the New York State Common Retirement Fund ("NYSCRF") filed a stockholder derivative action in the District Court of Nevada, Clark County (the "State Court") on behalf of Nominal Defendant Wynn Resorts against the Defendants for breaches of fiduciary duty styled *DiNapoli v. Wynn, et al.*, Case No. A-18-770013-B (the "*DiNapoli* Action");

WHEREAS, seven other derivative complaints were filed in the State Court, including, (1) *Operating Engineers, et al. v. Wynn, et al.*, Case No. A-18-769630-B (filed Feb. 15, 2018);

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

(2) *Boynton Beach Mun. Firefighters' Pension Trust Fund, et al. v. Wynn, et al.*, Case No. A-18-769673-B (filed Feb. 15, 2018); (3) *Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. v. Wynn, et al.*, Case No. A-18-770222-B (filed Feb. 22, 2018); (4) *State of Oregon, et al. v. Wynn, et al.*, Case No. A-18-770578-B (filed Mar. 6, 2018); (5) *Insulators and Asbestos Workers Local No. 14 Pension and Health and Welfare Funds, v. Wynn, et al.*, Case No. A-18-771162-B (filed Mar. 15, 2018); (6) *C. Jeffrey Rogers v. Wynn, et al.*, Case No. A-18-773024-B (filed Apr. 18, 2018, the "*Rogers* Action"); and (7) *Dennis Rosen v. Stephen A. Wynn, et al.*, Case No. A-19-795981-B (filed June 3, 2019);

WHEREAS, on March 23, 2018, Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and Trustee of the NYSCRF, and New York City Employees' Retirement System, New York City Police Pension Fund, Police Officers' Variable Supplements Fund, Police Supervisor Officers' Variable Supplements Fund, New York City Fire Pension Fund, Fire Fighters' Variable Supplements Fund, Fire Officers' Variable Supplements Fund, Board of Education Retirement System of The City of New York, Teachers' Retirement System of The City of New York, and New York City Teachers' Variable Annuity Program (collectively the "NYC Funds") filed an Amended Complaint (the "Amended Complaint") in the *DiNapoli* Action;

WHEREAS, on May 10, 2018, the State Court signed an order consolidating the *DiNapoli* Action with the other aforementioned State Court derivative suits, excluding the *Rogers* Action (the "Action"), and made the Amended Complaint the operative complaint;

WHEREAS, in the same order, the State Court designated Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and Trustee of the NYSCRF, and the New York City Pension Funds, collectively, as Lead Plaintiffs ("State Court Lead Plaintiffs"), the law firm of Cohen Milstein Sellers & Toll PLLC as Lead Counsel for the Action, and the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP as Liaison Counsel (collectively, "State Court Lead Plaintiffs' Counsel");

WHEREAS, on November 27, 2019, the State Court Lead Plaintiffs and Defendants agreed to, reduced to writing, and fully executed a Settlement and Release of the *DiNapoli* Action (the "Settlement") (a true and correct copy of which is attached hereto as Exhibit A);

WHEREAS, on December 30, 2019, Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson,

-2-
**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

1  Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin V. Shoemaker, Matt Maddox, J. Edward
2  Virtue, and D. Boone Wayson submitted the Notice of Settlement to this Court (ECF No. 91);

3  WHEREAS, on January 23, 2020, the State Court Lead Plaintiffs moved for final approval of the
4  proposed Settlement before the State Court;

5  WHEREAS, on February 11, 2020, the State Court held a final approval hearing, at which it
6  afforded any interested stockholders the opportunity to be heard regarding the Settlement, thereby
7  fulfilling the notice requirements of Federal Rule of Civil Procedure 23.1;

8  WHEREAS, on March 9, 2020, the State Court approved the Settlement and on March 10 the State
9  Court Lead Plaintiffs filed the Final Judgment and Order of Dismissal in the *DiNapoli* Action (the
10 "Order") (a true and correct copy of which is attached hereto as Exhibit B);

11 WHEREAS, the *DiNapoli* Action and the Consolidated Action state claims against the Defendants
12 based upon the same underlying facts and allegations;

13 WHEREAS, pursuant to the terms of the Order, and in accordance with this Stipulation, all the
14 parties to this action hereby stipulate, subject to the approval of the Court, to an order and judgment
15 dismissing this action, with prejudice, on the grounds that the Consolidated Action is precluded by the
16 terms of the Settlement;

17 NOW THEREFORE, the parties to the Consolidated Action, through their respective counsel,
18 stipulate and agree, subject to approval of the Court, as follows:

19    1.   Pursuant to the parties' Settlement, this Consolidated Action shall be dismissed with
20 prejudice; and

21    2.   Each party is to bear his, her, or its own costs.

22 ///
23 ///
24 ///

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

IT IS SO STIPULATED AND AGREED, this 24th day of March, 2020.

DATED: March 24, 2020                                SNELL & WILMER L.L.P.

*/s/ V.R. Bohman*
Patrick G. Byrne (Nevada Bar #007636)
Alex L. Fugazzi (Nevada Bar #9022)
V. R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
         pbyrne@swlaw.com

Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, California 90071
Telephone: 213.680.84000
Facsimile: 213.680.8500
Email: mark.holscher@kirkland.com
         michael.shipley@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

*Counsel for Defendants John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr., Alvin A. Shoemaker, Matt Maddox, J. Edward Virtue, and D. Boone Wayson*

DATED: March 24, 2020

THE O'MARA LAW FIRM P.C.

*/s/ David C. O'Mara*

David C. O'Mara (Nevada Bar No. 8599)
THE O'MARA LAW FIRM P.C.
311 East Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
775/323-4082 (fax)
david@omaralaw.com

*Liaison Counsel*

Benny C. Goodman III (*Pro Hac Vice*)
Erik W. Luedeke (*Pro Hac Vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Robert I. Harwood
Daniella Quitt
HARWOOD FEFFER LLP
488 Madison Ave.
New York, NY 10022
Telephone: 212/935-7400
212/753-3630 (fax)
rharwood@hfesq.com
dquitt@hfesq.com

*Co-Lead Counsel*

DATED: March 20, 2020    GARMAN TURNER GORDON LLP

*/s/ Erika Pike Turner*
Erika Pike Turner
Nevada Bar No. 6454
Email: eturner@gtg.legal
Dylan T. Ciciliano
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

James N. Kramer (Pro Hac Vice)
Email: jkramer@orrick.com
M. Todd Scott (Pro Hac Vice)
Email: tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773.5700
Facsimile: (415) 773.5759

*Counsel for Defendant Kimmarie Sinatra*

| | |
|---|---|
| DATED: March 24, 2020 | FENNEMORE CRAIG P.C.<br><br>By: _/s/ Richard Dreitzer_____<br>Richard Dreitzer<br>Director<br>300 South Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>T: 702.692.8005<br>F: 702.692.8065<br><br>*Counsel for Nominal Defendant Wynn Resorts, Limited* |

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

| | | |
|---|---|---|
|1| DATED: March 20, 2020 | CAMPBELL & WILLIAMS |

By:  */s/ J. Colby Williams*_____
J. Colby Williams
700 S. Seventh Street
Las Vegas, Nevada 89101

LATHAM & WATKINS LLP
Michele D. Johnson
650 Town Center Drive
20th Floor, Costa Mesa, California 92626

LATHAM & WATKINS LLP
Colleen C. Smith
12670 High Bluff Drive
San Diego, California 92130

*Counsel for Defendant Stephen A. Wynn*

---

-8-
**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**